UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHLEY L. BERNARD,<br><br>            Plaintiff,<br><br>   v.<br><br>PAUL STEPHEN WHITE, MICHAEL J. LING, and BERKELEY, INC.,<br><br>            Defendants. | Case No. 1:18-cv-00039-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice.

DATED: May 7, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1